United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY CASH,<br>      Plaintiff,<br>  v.<br>RED BALLOON RESTAURANT, et al.,<br>      Defendants. | Case No. 14-cv-02545-KAW<br><br>**UNUSABLE CHAMBERS COPIES**<br><br>Dkt. Nos. 23 & 24 |

PLEASE TAKE NOTICE that the chambers copy of Defendant Aaron Lang's motion to dismiss for failure to comply with General Order 56 was submitted in a format that is not usable by the court.

The chambers copy is not usable because it

☐     consists of a stack of loose paper wrapped with a rubber band;

☐     consists of a stack of loose paper fastened with a binder clip or a paper clip;

☐     is too thick to permit secure fastening with a staple, and is fastened with a brad-type fastener that is too short for the thickness of the document;

☐     has no tabs for the voluminous exhibits;

☐     includes exhibits that are illegible;

☐     includes exhibits that are unreadable because the print is too small;

☐     includes text and/or footnotes in a font smaller than 12 point;

☐     includes portions or exhibits that are redacted because the submitting party has requested leave to file those portions under seal; or

☒     is not usable for another reason –   sticky notes from the Westin are not acceptable tabs.

1  The paper used for the above-described chambers copy has been recycled by the court.
2  Defendant shall submit a chambers copy in a format that is usable by the court no later than
3  November 5, 2014.
4      IT IS SO ORDERED.
5  Dated: October 30, 2014

*[signature]*
KANDIS A. WESTMORE
United States Magistrate Judge

United States District Court
Northern District of California

2