United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY CASH,<br><br>    Plaintiff,<br><br>    v.<br><br>RED BALLOON RESTAURANT, et al.,<br><br>    Defendants. | Case No.  14-cv-02545-KAW<br><br>ORDER DENYING PLAINTIFF'S EX PARTE REQUEST TO EXTEND TIME FOR GENERAL ORDER 56 JOINT SITE INSPECTION<br><br>Dkt. No. 28 |

On October 30, 2014, Plaintiff Holly Cash filed an ex parte request to extend time to conduct the General Order No. 56 Joint Site Inspection. (Dkt. No. 28.)  Plaintiff's ex parte request is improper and must be DENIED because it violates General Order No. 56.  To obtain the relief requested, Plaintiff must file a Motion for Administrative Relief pursuant to Civil Local Rule 7-11. (*See* General Order No. 56 ¶ 9.)

The Court hopes, however, that the parties will meet and confer in good faith and stipulate to an extension of time to conduct the joint site inspection in order to obviate unnecessary motion practice.

IT IS SO ORDERED.

Dated: October 31, 2014

_____
KANDIS A. WESTMORE
United States Magistrate Judge