UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY CASH,<br><br>    Plaintiff,<br><br>    v.<br><br>RED BALLOON RESTAURANT, et al.,<br><br>    Defendants. | Case No.  14-cv-02545-KAW<br><br>ORDER DISCHARGING ORDER TO SHOW CAUSE AND TERMINATING DEFENDANT AARON LANG'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH GENERAL ORDER NO. 56 AS MOOT<br><br>Dkt. Nos. 23, 31 & 33 |

On June 3, 2014, Plaintiff Holly Cash filed a complaint alleging denial of access under Title III of the Americans with Disabilities Act and California law. (*See* Compl., Dkt. No. 1.) Plaintiff, a wheelchair user, claims that she was denied access to Red Balloon Restaurant, located at 2763 Mission Street, San Francisco, California. (*See* Compl. ¶ 7.)

On September 5, 2014, Defendant Aaron Lang filed a motion to dismiss for failure to join Terry Lang and Elaine Lang as indispensable parties pursuant to Rule 12(b)(7), because they had been named as landlord defendants, but had not been served. On November 3, 2014, the Court denied Defendant's motion and ordered Plaintiff to show cause why she had not served all landlord defendants or, in the alternative, had not sought additional time to effect service. (Dkt. No. 31.)

On November 17, 2014, Plaintiff filed a response to the order to show cause explaining that she was prosecuting her case and had served the other parties by substitute service. (Dkt. No. 33.) She further provided that the General Order No. 56 joint site inspection was conducted with the appearing defendants on November 13, 2014.

Accordingly, the November 3, 2014 order to show cause is hereby discharged. Additionally, in light of the joint site inspection, Defendant Aaron Lang's motion to dismiss for

failure to comply with General Order No. 56 (Dkt. No. 23) is terminated as moot.  Defendant's motion for sanctions is denied.

    IT IS SO ORDERED.

Dated: November 18, 2014

_Kandis Westmore_
KANDIS A. WESTMORE
United States Magistrate Judge