UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY CASH,<br><br>    Plaintiff,<br><br>    v.<br><br>RED BALLOON RESTAURANT, et al.,<br><br>    Defendants. | Case No.  14-cv-02545-KAW<br><br>ORDER GRANTING DEFENDANT ELAINE LANG'S MOTION TO QUASH SERVICE AS UNOPPOSED<br><br>Re: Dkt. No. 36 |

On November 19, 2014, Defendant Elaine Lang filed a motion to quash service of summons on the grounds that she was improperly served at a business address. (Mot., Dkt. No. 36.)  Plaintiff did not file an opposition.

Pursuant to the Court's Standing Order, "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." (Magistrate Judge Kandis A. Westmore's General Standing Order ¶ 22.)

As an initial matter, Defendant is mistaken that Ms. Lang cannot be properly served at a business address. (Mot. at 2.)  Indeed, Federal Rule of Civil Procedure 4(e)(1) provides that an individual may be served "following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located or where service is made."  California law permits substituted service at an individual's usual place of business. CAL. CIV. PROC. CODE § 415.20(b).

Nonetheless, Plaintiff did not oppose the motion to quash, so the Court will assume, for the purposes of this motion only, that Sapphire Photo is not Ms. Lang's usual place of business.[1]

---

[1] Sapphire Photo may, in fact, be Ms. Lang's usual place of business. If that is the case, she may be subsequently served there via substituted service. It is irrelevant whether Plaintiff's lawsuit

Accordingly, the Court finds that this matter may be resolved without further briefing and without oral argument pursuant to Civil Local Rule 7-1(b), and GRANTS Defendant's motion as unopposed. Plaintiff shall serve Elaine Lang within thirty (30) days of this order.

    IT IS SO ORDERED.

Dated: January 28, 2015

                                                                KANDIS A. WESTMORE
                                                                United States Magistrate Judge

---

involves Sapphire Photo.