UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY CASH<br><br>Plaintiff,<br><br>v.<br><br>RED BALLOON RESTAURANT, et al.,<br><br>Defendants. | Case No. 14-cv-02545-KAW (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date: March 12, 2015<br>Mediator: Richard Whitmore |

IT IS HEREBY ORDERED that the request to excuse named defendants Terry Lang and Elaine Lang from appearing in person at the March 12, 2015, mediation before Richard Whitmore is GRANTED. The excused parties shall participate telephonically in the mediation as set forth in ADR L.R. 6-10(f).

Defense counsel shall carefully review ADR L.R. 6-10(d) which sets forth the proper procedure for submitting requests to be excused from appearing at a mediation session. Future incomplete, late requests will not be considered.

**IT IS SO ORDERED**.

Dated: March 5, 2015

Maria-Elena James
United States Magistrate Judge