UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOLLY CASH,<br><br>   Plaintiff,<br><br>  v.<br><br>RED BALLOON RESTAURANT, et al.,<br><br>   Defendants. | Case No. 14-cv-02545-KAW<br><br>**ORDER TO FILE DISMISSAL WITHIN 60 DAYS**<br><br>Re: Dkt. No. 46 |

  On September 3, 2015, the ADR Unit filed a Certification of Mediation, which stated that the case was settled in full. Accordingly, Plaintiff shall file a dismissal within 60 days of this order, absent any extension ordered by the Court.

  IT IS SO ORDERED.

Dated: September 10, 2015

                _____
                KANDIS A. WESTMORE
                United States Magistrate Judge